```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
                                                    ELECTRONICALLY FILED
------------------------------------------------ X  DOC #:
    UNITED STATES OF AMERICA                  :     DATE FILED: 12/11/2019
                                              :
        -against-                             :
                                              :     19-CR-212 (VEC)
                                              :
    SILVESTRE MAHON,                          :     ORDER
                                              :
                              Defendant.      :
------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have requested that a change-of-plea hearing be scheduled;

IT IS HEREBY ORDERED THAT the parties appear for a hearing on **December 13, 2019, at 3:00 P.M.** in Courtroom 15C at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Dated: December 11, 2019**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**