```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
 ------------------------------------------------- X  DOC #:
     UNITED STATES OF AMERICA                 :       DATE FILED: 03/13/2020
                                              :
              -against-                       :       19-CR-212 (VEC)
                                              :
                                              :       ORDER
     SILVESTRE MAHON,                         :
                                              :
                             Defendant.       :
 ------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is currently scheduled for April 3, 2020;

IT IS HEREBY ORDERED THAT the sentencing is adjourned to **May 5, 2020, at 2:00 P.M.** Sentencing submissions are due by **April 21, 2020**.

**SO ORDERED.**

**Dated: March 13, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**