```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :     19-CR-212 (VEC)
         -against-                          :
                                            :          ORDER
SILVESTRE MAHON,                            :
                         Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 5, 2022, Mr. Mahon, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c), Dkt. 326; and

WHEREAS the motion referenced several attached exhibits, which were not received, *see id.*

IT IS HEREBY ORDERED that Mr. Mahon must submit any exhibits that he would like the Court to consider by no later than **Thursday, November 10, 2022.**

IT IS FURTHER ORDERED that the Government must respond to Mr. Mahon's motion and file the last two years of Mr. Mahon's medical records as well as his full prison disciplinary and education records by no later than **Thursday, December 15, 2022**. The medical records must be filed under seal; the other records must be filed on ECF. In its response, the Government must inform the Court whether Mr. Mahon has been vaccinated against COVID-19, including whether he has received a booster shot.

IT IS FURTHER ORDERED that the Government must serve a copy of its response papers on Mr. Mahon at the address listed below. The Government must file proof of such service on the docket by no later than **Thursday, December 22, 2022**.

IT IS FURTHER ORDERED that Mr. Mahon's reply in support of his motion for compassionate release is due no later than **Friday, January 27, 2023**. If Mr. Mahon is not fully

vaccinated against COVID-19, he should include an explanation for that decision in his reply brief.

The Clerk of Court is respectfully directed to mail a copy of this order to Silvestre Mahon, Reg. No. 86767-054, FCI BUTNER MEDIUM I, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 10000, BUTNER, NC 27509, and to note mailing on the docket.

**SO ORDERED.**

Date:  **October 5, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**